**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Julio Omar ROCHA–MIRANDA, a.k.a. Julio O. Rocha Miranda, Defendant–Appellant.**

**Nos. 14–10083, 14–10084.**

United States Court of Appeals, Ninth Circuit.

Submitted May 13, 2015.*

Filed May 19, 2015.

Christina Marie Cabanillas, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, Plaintiff–Appellee.

John Howard Messing, Messing Law Offices, PLC, Tucson, AZ, Defendant–Appellant.

Julio Omar Rocha–Miranda, Raymondville, TX, pro se.

Before: LEAVY, CALLAHAN, and M. SMITH, Circuit Judges.

MEMORANDUM ***

In these consolidated appeals, Julio Omar Rocha–Miranda appeals his guilty-plea conviction and 21–month sentence for reentry after deportation, in violation of 8

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

U.S.C. § 1326; and the revocation of supervised release and 9-month consecutive sentence imposed upon revocation. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Rocha–Miranda's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Rocha–Miranda the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.